# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                   NO. 2021 KW 1070

VERSUS

DARRELL LEE                                          **DECEMBER 7, 2021**

---

In Re:     Darrell Lee, applying for supervisory writs, 21st
           Judicial District Court, Parish of Livingston, No. 86-
           FELN-006965.

---

**BEFORE:   McDONALD, WELCH, AND LANIER, JJ.**

     **WRIT DENIED ON THE SHOWING MADE.** Relator failed to include
a copy of the district court's ruling below or proof that he was
convicted by a nonunanimous jury verdict. Supplementation of
this writ application and/or an application for rehearing will
not be considered. See Uniform Rules of Louisiana Courts of
Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file
a new application with this court, the application shall be
filed on or before January 31, 2022. Any future filing on this
issue should include the entire contents of this application,
the missing items noted above, and a copy of this ruling.

                              **JMM**
                              **JEW**
                              **WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
       FOR THE COURT